**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Frederick Manuel **V.** The State of Texas

Appellate case number:    01-14-00107-CR

Trial court case number:  D-1-DC-13-904096

Trial court:                       331st District Court of Travis County

Date motion filed:            November 13, 2015

Party filing motion:          Frederick Manuel (Appellant)

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ ___Harvey Brown_____
                                   ☒ Acting Individually ☐ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Brown


Date: _December 8, 2015_____